FILED
08 APR 23 PM 1:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1280 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| RAUL TARABAY, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about March 4, 2008, within the Southern District of California, defendant RAUL TARABAY did knowingly and intentionally import 100 kilograms and more, to wit: approximately 138.18 kilograms (303.99 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WDK:em:San Diego
4/21/08

<u>Count 2</u>

On or about March 4, 2008, within the Southern District of California, defendant RAUL TARABAY did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 138.18 kilograms (303.99 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney