FILED
08 APR 23 PM 1:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 1280 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| RAUL TARABAY, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Raul Tarabay</u>, Criminal Case No. 08CR1058-W.

DATED: April 23, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Douglas Keehn

DOUGLAS KEEHN
Assistant U.S. Attorney