1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7035
   Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,      )   CRIM. CASE NO.   08CR1280-W
12                                )
                                  )   DATE:    June 2, 2008
13           Plaintiff,            )   TIME:    2:00 p.m.
                                  )
14                                )   GOVERNMENT'S NOTICE OF MOTION AND
         v.                       )   MOTION FOR RECIPROCAL DISCOVERY
15                                )
                                  )
16 RAUL TARABAY,                  )
                                  )
17                                )
             Defendant.            )
18                                )
   _____)
19

20                              NOTICE OF MOTION

21     TO:   Joseph McMullen, Esq., Federal Defenders of San Diego, Inc, counsel for defendant
             Raul Tarabay,
22

23     PLEASE TAKE NOTICE that on Monday, June 2, 2008, at 2:00 p.m., or as soon thereafter

24 as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

25 Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will

26 move the court for an order granting the Government's Motion for Reciprocal Discovery.

27 //

28 //

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED:    May 19, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov