1  **JOSEPH M. MCMULLEN**
   California State Bar No. 246757
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Email: Joseph_McMullen@fd.org

6  Attorneys for Mr. Tarabay

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10             **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1280-W |
| Plaintiff, | DATE: June 2, 2008 |
|  | TIME: 2:00 P.M. |
| v. |  |
|  | NOTICE OF MOTIONS AND MOTIONS: |
| RAUL TARABAY, |  |
| Defendant. | (1) TO COMPEL DISCOVERY/ PRESERVE EVIDENCE; |
|  | (2) TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE; |
|  | (3) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; |
|  | (4) TO SUPPRESS MR. TARABAY'S STATEMENTS; AND |
|  | (5) TO GRANT LEAVE TO FILE FURTHER MOTIONS. |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
LUELLA M. CALDITO, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on June 2, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Raul Tarabay, by and through his counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

# MOTIONS

The defendant, Raul Tarabay, by and through his attorneys, Joseph M. McMullen and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/preserve evidence;
2) to preserve and re-weigh narcotic evidence;
3) to dismiss the Indictment due to misinstruction of the Grand Jury;
4) to suppress Mr. Tarabay's statements; and,
5) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: May 19, 2008

   /s/ Joseph M. McMullen
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Tarabay

08CR1280-W