**JOSEPH M. McMULLEN**
California Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467 / Fax: (619) 687-2666
E-Mail: Joseph_McMullen@fd.org

Attorneys for Mr. Tarabay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAUL TARABAY,<br><br>　　　　Defendant. | Case No. 08CR1280-W<br><br>DATE: June 2, 2008<br>TIME: 2:00 p.m.<br><br>DECLARATION OF JOSEPH M. MCMULLEN IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS |

Joseph M. McMullen, attorney for Raul Tarabay, states as follows, under penalty of perjury:

1. I am a trial attorney with Federal Defenders of San Diego, Inc., and I am licensed to practice in the State of California, and in the U.S. District Court for the Southern District of California.

2. This declaration is based solely upon the discovery produced by the Government.

3. In particular, this declaration is based on review of the Report of Investigation prepared by Immigration and Customs Enforcement Special Agent Mario Hernandez.

4. On March 4, 2008, at approximately 12:15 a.m., Raul Tarabay, a United States citizen, arrived at the San Ysidro Port of Entry driving a Ford F-150 pickup.

5. At the primary inspection booth, Customs and Border Protection Officer Benson noticed that Mr. Tarabay's hand was trembling and instructed him to open the toolbox located in the bed of the truck.

6. When Mr. Tarabay was unable to open the toolbox, he was sent to secondary inspection.

7. A search of the truck at secondary inspection revealed 34 packages containing marijuana concealed in various parts of the vehicle.

8. At around 1:40 a.m., the Case Agent in this case, Immigration and Customs Enforcement (ICE) Special Agent Mario Hernandez, advised Mr. Tarabay that marijuana had been found in his vehicle and that he was under arrest.

9. Agent Hernandez then advised Mr. Tarabay of his <u>Miranda</u> rights.

10. Mr. Tarabay stated that he understood his rights and requested to speak with an attorney.

11. Agent Hernandez ended the interrogation due to the invocation of the right to counsel, and Mr. Tarabay was transported to the Alvarado Medical Center in San Diego, California.

12. One week later, on March 11, 2008, Mr. Tarabay was medically cleared to be transported from Alvarado Medical Center to the Metropolitan Correctional Center (MCC).

13. ICE Case Agent Hernandez came to Alvarado Medical Center to personally transport Mr. Tarabay to the MCC.

14. On the ride over to the MCC, Agent Hernandez re-advised Mr. Tarabay about his <u>Miranda</u> rights, interrogated Mr. Tarabay about the case, and obtained a confession.

15. I hereby declare under penalty of perjury that the foregoing is a true recitation of the facts as memorialized in the discovery provided by the government.

Respectfully submitted,

DATED: May 19, 2008

_____
JOSEPH M. McMULLEN
Declarant